UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. __5:21-cv-84-BJB__

IN THE MATTER OF THE COMPLAINT OF
ERIC YAEGER, AS OWNER AND OPERATOR
OF THE 2017 SEA DOO RXT-X 300 PERSONAL
WATERCRAFT BEARING IDENTIFICATION
NO. YDV10433B717, FOR EXONERATION
FROM OR LIMITATION OF LIABILITY

VERIFICATION OF COMPLAINT
(Electronically Filed)

I, Eric Yaeger, state and declare as follows:

1. That I have read the above and foregoing Complaint, and all of the allegations of fact contained therein are true and correct to the best of my information, knowledge and belief; and

2. That I make this Verification as my free act and deed.

Pursuant to 28 U.S.C. Section 1746, I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on this __21st__ day of June, 2021, in the City of Evansville, Vanderburgh County, Indiana.

_____
Eric Yaeger

1