UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:21-cv-84-BJB

IN THE MATTER OF THE COMPLAINT OF
ERIC YAEGER, AS OWNER AND OPERATOR
OF THE 2017 SEA DOO RXT-X 300 PERSONAL
WATERCRAFT BEARING IDENTIFICATION
NO. YDV10433B717, FOR EXONERATION
FROM OR LIMITATION OF LIABILITY

## DECLARATION OF VALUE

I, Ken Toby, who, after being first duly sworn under oath, state:

1. I am the General Manager of Marine Sales Kentuckiana, a full-service marine dealership located in Gilbertsville, Kentucky which offers a variety of watercraft for sale, including Sea Doo personal watercraft.

2. I have been with Marine Sales Kentuckiana for 40 years, and during that time, I have bought and sold thousands of Sea Doo personal watercraft. I am familiar with the market values of Sea Doo personal watercraft based on my years of experience with Marine Sales Kentuckiana.

3. On June 15, 2021, I conducted an inspection of the 2017 Sea Doo RXT-X 300 Personal Watercraft bearing Identification No. YDV10433B717 owned by Eric Yaeger.

4. Based on my inspection and knowledge of the market values of such personal watercraft in the Commonwealth of Kentucky, it is my opinion that the fair and reasonable market value of the 2017 Sea Doo RXT-X 300 Personal Watercraft bearing Identification No. YDV10433B717 as of May 31, 2020, immediately following

1

the incident referenced in the Complaint for Exoneration From or Limitation of Liability, was approximately $14,400 United States Dollars.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on this 15th day of June, 2021, in Gilbertsville, Marshall County, Kentucky.

_____
Ken Toby