June 21, 2021

Clerk of Court
United States District Court
For the Western District of Kentucky

> **RE: In the Matter of the Complaint of Eric Yaeger, as Owner and Operator of the 2017 Sea Doo RXT-X 300 Personal Watercraft Bearing Identification No. YDV10433B717, Praying for Exoneration From or Limitation of Liability**

Dear Sirs:

In order for Eric Yaeger, as owner and operator of the 2017 Sea Doo RXT-X 300 Personal Watercraft bearing Identification No. YDV10433B717 (hereinafter referred to as "2017 Sea Doo Personal Watercraft") to file an action for exoneration from or limitation of liability in connection with the incident more particularly described in the Complaint on file herein, as required by 46 U.S.C. Sec. 30501 *et seq.*, we GEICO MARINE INSURANCE COMPANY (hereinafter referred to as "Underwriters") hereby agree to the following undertaking:

    1. To cause to be filed in connection with the above-described incident an action for exoneration from or limitation of liability in a United States District Court of competent jurisdiction and venue on behalf of the owner and operator of the 2017 Sea Doo Personal Watercraft.

    2. Upon demand, Underwriters shall, in accordance with and strictly subject to the terms, conditions and limits of their insurance policy, cause to be filed in said action, a surety bond or other security acceptable to the Court, in the amount of FOURTEEN THOUSAND SIX HUNDRED FIFTY AND 00/100 ($14,650.00) DOLLARS, with annual interest at six percent (6%) thereon from the date hereof, to satisfy all statutory requirements in said action described in Paragraph 1 above. In no event, however, will Underwriters be responsible for payments in excess of the available limits of the relevant insurance policy. In the event that the bond or other security referred to in this paragraph is filed, the undersigned insurers shall have no further obligation under this Letter of Undertaking.

Clerk of Court
June 21, 2021
Page 2

    3.    In the event a final decree (after appeal, if any) is entered against the owner and operator of the 2017 Sea Doo Personal Watercraft as a result of claims arising out of the above-described incident, Underwriters agrees to pay and satisfy up to and not exceeding the total sum of FOURTEEN THOUSAND SIX HUNDRED FIFTY AND 00/100 ($14,650.00) DOLLARS, with annual interest at six percent (6%) thereon from the date hereof, or any lesser amount decreed by the Court or settled between the parties, where said settlement has been made with the approval of the Underwriters, without any final decree being rendered.

    4.    Notwithstanding any of the foregoing, the liability of Underwriters pursuant to this Letter of Undertaking shall be strictly subject to the terms, limits and conditions of the relevant insurance policy.

    5.    This letter is to be binding whether the 2017 Sea Doo Personal Watercraft is lost at sea or not lost, in port or not in port, and is given without prejudice to any rights or defenses which the 2017 Sea Personal Watercraft and/or its owner and operator and/or Underwriters may have under any applicable law or statute, none of which are to be regarded as waived. The giving of this Letter of Undertaking is not to be deemed or taken to be or accepted as an admission of liability on behalf of the 2017 Sea Doo Personal Watercraft and/or its owner and operator.

    6.    The signing of this Letter of Undertaking by the duly authorized representative below shall not be construed as binding on the representative personally, but is to be binding only upon Underwriters.

Clerk of Court
June 21, 2021
Page 2

       IN WITNESS WHEREOF, Underwriters have caused these presents to be duly executed on their behalf by the undersigned duly authorized representative of GEICO MARINE INSURANCE COMPANY.

       Yours very truly,

       UNDERWRITERS:

       By: _____
       GEICO MARINE INSURANCE COMPANY
       Authorized Signature for Assurer