UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:21-cv-00084-BJB-LLK
CASE NO. 5:21-cv-00152-BJB-LLK

IN THE MATTER OF THE COMPLAINT OF
ERIC YAEGER, AS OWNER AND OPERATOR
OF THE 2017 SEA DOO RXT-X 300 PERSONAL
WATERCRAFT BEARING IDENTIFICATION
NO. YDV10433B717, FOR EXONERATION
FROM OR LIMITATION OF LIABILITY

IN RE JAMES ADAMS, AS
OWNER AND OPERATOR OF
THE 1998 MARIAH SHABAH
20' MOTORBOAT BEARING
ID. NO. 4HBT2023WD000922

DECLARATION OF JOHN NICHOLS
(Electronically Filed)

Pursuant to 28 USC § 1746, I, John Nichols, the undersigned, declare as follows:

1. My name is John Nichols, and I am an adult resident of the State of South Carolina. I am of sound mind, capable of making this declaration, and have personal knowledge of the facts stated herein.

2. I am employed as a claims adjuster for GEICO BoatUS.

3. In my position as claims adjuster, I am familiar with the claim of Kyle Waldridge ("Mr. Waldridge") against GEICO BoatUS insured, Eric Yaeger, and the GEICO BoatUS file that is maintained related to Mr. Waldridge's claim. Attached as Exhibit A-1 hereto is a true and correct copy of the November 4, 2020 letter from Leah

Dowdell of GEICO BoatUS to Wm. Kevin Shannon, counsel for Mr. Waldridge, that is maintained in the GEICO BoatUS file related to Mr. Waldridge's claim.

4. Attached as Exhibit A-2 hereto is a true and correct copy of the April 12, 2021 email from Judy Storm to Leah Dowdell, including attached September 1, 2020 and April 12, 2021 emails from DXC Technology, that is maintained in the GEICO BoatUS file related to Mr. Waldridge's claim.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

4/1/22
DATE

JOHN NICHOLS



**GEICO Marine Insurance Company**

PO Box 5390
Fredericksburg, VA 22403-0390

November 4, 2020

**CERTIFIED MAIL**
Wm. Kevin Shannon
Bryant Law Center
601 Washington Street
Paducah, KY 42002

RE:  GEICO Marine Insurance Company
     Claim No:     0139786460101032
     Policy No:    BSP4377820
     Date of Loss: 05/31/20
     Our Insured:  Eric Yaeger
     Your Client:  Kyle Waldridge

Dear Mr. Shannon:

We have received your letter of July 9, 2020, in which you requested information pertaining to our insured, Eric Yaeger, and relating to a claim for personal injuries by your client, Kyle Waldridge, caused in a boating incident of May 31, 2020. Please note that we have not obtained any statements from Mr. Waldridge.

Enclosed, please find a true and correct of the policy declarations along with a copy of the Kentucky Boating Accident Report.

I have also enclosed a medical records authorization for your client to sign and return to me along with a list of medical providers and their contact information. This will allow me to correspond directly with Mr. Waldrige's doctors regarding his bills and treatment.

Also, a copy of the form that Medicare requires us to obtain from each Medicare and Medicaid eligible individual is enclosed. Please fill it out as appropriate, sign it and return it to us in the enclosed envelope along with your client's medical records release form and his expense documentation. If there is any objection to providing this information, please complete Section # III on the back of the enclosed form, sign it and return it to us in the envelope provided.

Please reference the claim number, 0139786460101032, on all written correspondence or verbal inquiries regarding this claim.

Sincerely,

Leah Dowdell
Marine Insurance
Claims Department
800-262-8082, ext. 3247
Enclosures

**From:** Judy Storm <judy.storm@bryantpsc.com>
**Sent:** Monday, April 12, 2021 3:57 PM
**To:** Leah Dowdell <LDowdell@boatus.com>
**Subject:** RE: Kyle Waldridge, 0139786460101032

CAUTION EXTERNAL EMAIL. This email originated outside the company.

As you know, we do not yet have all of the medical documentation we would like to have in this case. Attached you will find Medicaid's itemization of their $44,764.86 payments which breaks down the providers, dates of service, and amounts charged as well as the amounts Medicaid paid. **These documents include diagnoses as well.** Today we received an update from Oletta Wright which indicates their sub claim is now $48,684.36 – they will send us documentation but we don't have it at this time.

We have included the records & bill for the ambulance that transported Mr. Waldridge from the accident scene to the Air Evac Lifeteam helicopter landing site and we have the Lourdes Hospital records related to his rehabilitation stay there after discharge from Vanderbilt Hospital. Unfortunately, we do not yet have the Vanderbilt records. You will note that as of the 9/1/20 Medicaid email with payment documentation there had at that time not been a payment to Air Evan Lifeteam. We have requested but do not yet have their bill but typically the charges are over $60,000.

It is our understanding that Mr. Waldridge suffered multiple fractured ribs, a fractured collarbone, multiple left arm fractures requiring elbow surgery, a fractured pelvis, dislocation of his left shoulder, injury to his spleen, and he lost two teeth as well.

Hopefully, there is enough documentation of Mr. Waldridge's injuries and medical expenses to allow you to evaluate his claim and make an offer. Although he was disabled as a result of his injuries, we are not asserting a wage loss claim at this time.

If you have any questions, please don't hesitate to call us.

*Judy Storm*
*Case Manager*
*Bryant Law Center, PSC*
*P.O. Box 1876*
*601 Washington St.*
*Paducah, Ky 42002-1876*
*Ph: (270) 442-1422*
*Fax: (270) 443-8788*




This email message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this email message is strictly prohibited. If you receive this e-mail in error, please delete it and any attachments from your computer and notify the sender at (270) 442-1422.

The following advisement is required by the IRS: Bryant Law Center does not provide advice regarding tax matters

| | |
|---|---|
| **From:** | Wright, Oletta (S&L HHS) |
| **Sent:** | Tuesday, September 1, 2020 3:00 PM |
| **To:** | Judy Storm |
| **Cc:** | Wright, Oletta (S&L HHS) |
| **Subject:** | RE: Kyle Waldridge |
| **Attachments:** | kyle waldridge notice-Letter5.pdf; kylewaldridge attorney-Letter4.pdf; kyle waldridge settlemeent-Letter6.pdf |

The case total for Kyle  / 0027493561 is $ 44,764.86.
I have attached the letters for your file.
I will mail the itemization tomorrow.

**Oletta Wright**
**656 Chamberlin Ave**
**Frankfort KY 40601**
**oletta.jones@dxc.com**
**Fax 502-209-3201 (new fax number)**
**Phone # 502-209-3100 ext, 3111019**

 DXC.technology

On April 3, 2017 Hewlett Packard Enterprise and CSC performed a spin-merge that created a new company DXC Technology. Our great Customer Service for Kentucky Medicaid remains the same, just with a new company name.

| | |
|---|---|
| **From:** | Wright, Oletta (S&L HHS) <oletta.jones@gainwelltechnologies.com> |
| **Sent:** | Monday, April 12, 2021 10:33 AM |
| **To:** | Judy Storm |
| **Cc:** | Wright, Oletta (S&L HHS) |
| **Subject:** | RE: Follow-up to 9/1/20 Email re lien amount |

[EXTERNAL]

The new case total for Kyle Waldridge / 0027493561 is $ 48,684.36. I will mail the letter and itemization tomorrow when I am in the office.

**gainwell**

**Oletta Wright**
Senior Assistant-Third Party Liability
T +502-209-3100 ext 3111019
F- 502-209-3201
oletta.jones@gainwelltechnologies.com
Gainwell Technologies
656 Chamberlin Ave.
Frankfort, KY 40601