UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:21-CV-00084-BJB-LLK
Consolidated With
CASE NO. 5:21-CV-00152-BJB-LLK

IN THE MATTER OF THE COMPLAINT OF ERIC YAEGER, AS OWNER AND OPERATOR OF THE 2017 SEA DOO RXT-X 300 PERSONAL WATERCRAFT BEARING IDENTIFICATION NO. YDV10433B717, FOR EXONERATION FROM OR LIMITATION OF LIABILITY

IN RE JAMES ADAMS, AS OWNER AND OPERATOR OF THE 1998 MARIAH SHABAH 20' MOTORBOAT BEARING ID. NO. 4HBT2023WD000922

---

JOINT MOTION FOR SCHEDULING CONFERENCE
(Electronically Filed)

---

The Limitation Plaintiff, Eric Yaeger, by counsel, the Limitation Plaintiff James Adams, by counsel, and the Limitation Respondent/Claimant Kyle Waldridge, by counsel, respectfully request that the Court set a scheduling conference for the pending Limitation of Liability cases.

The parties respectfully submit that these matters are ready for submission of a proposed joint discovery plan or separate proposed discovery plans if the parties cannot agree on a pre-trial discovery schedule and the filing of each party's FRCP Rule 26 compliance information.

WHEREFORE, PREMISES CONSIDERED, Limitation Plaintiff, Eric Yaeger, by counsel, Limitation Plaintiff James Adams, by counsel, and Limitation Respondent/ Claimant, Kyle Waldridge, by counsel, respectfully request that a scheduling conference

be set at a time selected by the Court in January 2023 for consideration of pre-trial discovery scheduling and filing of the parties' Rule 26 compliance information.

RESPECTFULLY SUBMITTED, this the 4th day of January, 2023.

MILLER HAHN, PLLC

By:/s/ Bobby R. Miller, Jr.
Bobby R. Miller, Jr., Esq.
Van F. Sims, Esq.
2660 West Park Drive, Suite 2
Paducah, KY 42001
Telephone: (270) 554-0051
Facsimile: (866) 578-2230
bmiller@millerlaw-firm.com
vsims@millerlaw-firm.com

and

Allan C. Crane (La. Bar #23700)
365 Canal Street, Suite 860
New Orleans, LA 70130
Telephone: (504) 684-5044
Facsimile: (866) 578-2230
acrane@millerlaw-firm.com

Attorneys for Limitation Plaintiff Eric Yaeger

By: /s/ Phillip M. Mize (with permission)
Philip M. Mize, Esq.
Batson Nolan, PLC
121 South Third Street
Clarksville, TN 37040
Telephone: (931) 647-1501
Facsimile: (931) 648-7846
pmmize@batsonnolan.com

Attorney for Limitation Plaintiff James Adams

By: /s/Laura De La Cruz (with permission)
Laura B. De La Cruz, Esq.
Schechter, McElwee, Shaffer & Harris, LLP
3200 Travis, 3rd Floor
Houston, TX 77006
Telephone: (713) 524-3500
Facsimile: (866) 696-5610
ldelacruz@smslegal.com

Wm. Kevin Shannon, Esq.
Bryant Law Center, PSC
601 Washington Street
P.O. Box 1876
Paducah, KY 42002-1876
Telephone: (270) 442-1422
Facsimile: (270) 443-8788
kevin.shannon@bryantpsc.com

Attorneys for Respondent/Claimant
Kyle Waldridge

CERTIFICATE OF SERVICE

I hereby certify that I have this the 4th day of January, 2023, electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Wm. Kevin Shannon, Esq.
Bryant Law Center, PSC
601 Washington Street
PO Box 1876
Paducah, KY 42002-1876
Telephone: (270) 442-1422
Facsimile: (270) 443-8788
kevin.shannon@bryantpsc.com

Matthew D. Shaffer, Esq.
Laura B. De La Cruz, Esq.
Schechter, McElwee, Shaffer & Harris, LLP
3200 Travis, 3rd Floor
Houston, TX 77006
Telephone: (713) 524-3500
Facsimile: (866) 696-5610
mshaffer@smslegal.com
ldelacruz@smslegal.com

*Attorneys for Kyle Waldridge*

Philip M. Mize, Esq.
Batson Nolan, PLC
121 South Third Street
Clarksville, TN 37040
Telephone: (931) 647-1501
Facsimile: (931) 648-7846
pmmize@batsonnolan.com
blsmith@nolanbatson.com

*Attorneys for Limitation Plaintiff, James Adams*

/s/ Bobby R. Miller, Jr.
Attorney for Limitation Plaintiff, Eric Yaeger