UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:21-cv-00084-BJB-LLK


IN THE MATTER OF THE COMPLAINT OF
ERIC YAEGER, AS OWNER AND OPERATOR
OF THE 2017 SEA DOO RXT-X 300 PERSONAL
WATERCRAFT BEARING IDENTIFICATION
NO. YDV10433B717, FOR EXONERATION
FROM OR LIMITATION OF LIABILITY


IN RE JAMES ADAMS, AS
OWNER AND OPERATOR OF
THE 1998 MARIAH SHABAH
20' MOTORBOAT BEARING
ID. NO. 4HBT2023WD000922

---

### ORDER OF DEFAULT

---

Having determined that all potential claimants and/or other interested parties that have not filed claims, answers or appearances are in default for their failure to plead or otherwise defend the Complaint for Exoneration from or Limitation of Liability filed by Limitation Plaintiff, Eric Yaeger, as Owner and Operator of the 2017 Sea Doo RXT-X 300 Personal Watercraft Bearing Identification No. YDV10433B717, as required by law;

Defaults are hereby entered on the Complaint for Exoneration from or Limitation of Liability filed by Limitation Plaintiff, Eric Yaeger, as Owner and Operator of the 2017 Sea Doo RXT-X 300 Personal Watercraft Bearing Identification No. YDV10433B717, against any and all potential claimants and/or other interested parties who have not filed

claims, answers, or appearances, with the exception of James Adams, consistent with the Court's Order Adopting the Report and Recommendation (DN 33), and the claims of any such potential claimants are therefore barred.

Entered: February 14, 2023

/s/ Anna C. Beilman
Deputy Clerk
U.S. District Court for the
Western District of Kentucky