UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:21-CV-00084-BJB-LLK
Consolidated With
CASE NO. 5:21-CV-00152-BJB-LLK

IN THE MATTER OF THE COMPLAINT OF
ERIC YAEGER, AS OWNER AND OPERATOR
OF THE 2017 SEA DOO RXT-X 300 PERSONAL
WATERCRAFT BEARING IDENTIFICATION
NO. YDV10433B717, FOR EXONERATION
FROM OR LIMITATION OF LIABILITY

IN RE JAMES ADAMS, AS
OWNER AND OPERATOR OF
THE 1998 MARIAH SHABAH
20' MOTORBOAT BEARING
ID. NO. 4HBT2023WD000922

LIMITATION PLAINTIFF, ERIC YAEGER'S
MOTION FOR DEFAULT JUDGMENT
(Electronically Filed)

Pursuant to Rule 55 of the Federal Rules of Civil Procedure, Limitation Plaintiff, Eric Yaeger, as owner and operator of the 2017 Sea Doo RXT-X 300 Personal Watercraft Bearing Identification No. YDV10433B717 ("Mr. Yaeger"), by and through his counsel of record, files this Motion for Default Judgment. In support of this Motion, Mr. Yaeger respectfully states as follows:

1. This is a limitation proceeding filed in accordance with the provisions of 46 U.S.C. § 30501 *et seq.* and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

2.Mr. Yaeger filed his Complaint seeking exoneration from and/or limitation of liability on June 22, 2021. (DN 1 in Case No. 5:21-CV-84-BJB-LLK).

3.In accordance with Supplemental Rule F, on September 15, 2021, the Court entered its Order for *Ad Interim* Stipulation and Directing Issuance of Notice and Restraining Suits ("Order"). (DN 4). The Order stated that notice would be issued to anyone claiming damages for any and all losses arising out of the casualty which occurred on May 31, 2020, when the Sea Doo and a tube carrying Kyle Waldridge collided in Big Bear Bay on Kentucky Lake. *Id.* Public notice of the action was to be published in The Paducah Sun once a week for a period of four consecutive weeks. *Id*. at p. 2. The Court's Order required all persons asserting claims or objections arising from the aforementioned incident to do so by March 15, 2022. *Id*. Finally, the Order enjoined the filing or the prosecution of any other suit or legal proceeding against Limitation Plaintiff, except for the above limitation proceeding. *Id*.

4.Mr. Yaeger made publication in accordance with the Order, as evidenced by the Certificate of Publication and Service of Notice (DN 8) filed with the Court on December 28, 2021, with attached Affidavit of Publication from The Paducah Sun, confirming publication on October 5, 6, 13, 20 and 27, 2021. Furthermore, in accordance with Supplemental Rule F(4), Mr. Yaeger has provided all known potential claimants copies of the Notice to Claimants of Complaint for Exoneration From or Limitation of Liability. See (DN 8). The notice apprised potential claimants to file a claim and/or answer on or before March 15, 2022, or their claim would be defaulted. The only parties that have filed a claim and/or answer within the March 15, 2022 deadline set forth in the notice are Kyle Waldridge and James Adams. No other party has filed a

claim and/or answer within the March 15, 2022 deadline set forth in the notice or sought an extension of time to do so.

5.	On April 5, 2022, Mr. Yaeger filed a Motion for Entry of Default. (DN 27). The Clerk's Entry of Default was filed on February 15, 2023 (DN 34), and the Clerk directed default to be entered against any and all claimants who have failed to file claims, answers or appearances, with the exception of James Adams, consistent with the Court's Order adopting the Report and Recommendation (DN 33).

6.	Given that the time for filing claims and answers has now expired, Mr. Yaeger seeks an order entering default judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, forever barring all persons or entities – except those having timely filed their claims and answers – from making a claim against Mr. Yaeger in connection with the subject matter of its Complaint and/or contesting its right to exoneration from and/or limitation of liability in connection with this proceeding.

WHEREFORE, Eric Yaeger respectfully asks the Court to enter an order granting his Motion and entering default judgment against all persons or entities who have failed to file their claims by March 15, 2022, with the exception of James Adams, consistent with the Court's Order adopting the Report and Recommendation, concerning the casualty which occurred on May 31, 2020, when the Sea Doo and a tube carrying Kyle Waldridge collided in Big Bear Bay on Kentucky Lake, as set forth above, and for such other and further relief, both general and special, at law, in equity or in admiralty, to which they are justly entitled.

RESPECTFULLY SUBMITTED, this the 24th day of February, 2023.

        MILLER HAHN, PLLC

        By:  /s/ Bobby R. Miller, Jr.
             Bobby R. Miller, Jr., Esq.
             Van F. Sims, Esq.
             2660 West Park Drive, Suite 2
             Paducah, KY 42001
             Telephone: (270) 554-0051
             Facsimile: (866) 578-2230
             Email: bmiller@millerlaw-firm.com
             Email:  vsims@millerlaw-firm.com

        and

        Allan C. Crane (La. Bar #23700)
        365 Canal Street, Suite 860
        New Orleans, LA 70130
        Telephone: (504) 684-5044
        Facsimile: (866) 578-2230
        Email: acrane@millerlaw-firm.com

        Attorneys for Limitation Plaintiff, Eric Yaeger

## CERTIFICATE OF SERVICE

    I hereby certify that I have this the 24th day of February, 2023, electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Philip M. Mize, Esq.
Batson Nolan, PLC
121 South Third Street
Clarksville, TN 37040
Telephone: (931) 647-1501
Facsimile: (931) 648-7846
Email: pmmize@batsonnolan.com
Email: blsmith@nolanbatson.com

*Attorney for Limitation Plaintiff, James Adams*

Wm. Kevin Shannon, Esq.
Bryant Law Center, PSC
601 Washington Street
Paducah, KY 42003
Telephone: (270) 442-1422
Facsimile: (270) 443-8788
Email: kevin.shannon@bryantpsc.com

and

Matthew D. Shaffer, Esq.
Laura B. De La Cruz, Esq.
Schechter, Shaffer & Harris, LLP
3200 Travis, 3rd Floor
Houston, TX 77006
Telephone: (713) 524-3500
Facsimile: (866) 696-5610
Email: mshaffer@smslegal.com
Email: ldelacruz@smslegal.com

*Attorneys for Kyle Waldridge*

        /s/ Bobby R. Miller, Jr.
        Attorney for Limitation Plaintiff, Eric Yaeger