UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:21-CV-00084-BJB-LLK
Consolidated With
CASE NO. 5:21-CV-00152-BJB-LLK

IN THE MATTER OF THE COMPLAINT OF
ERIC YAEGER, AS OWNER AND OPERATOR
OF THE 2017 SEA DOO RXT-X 300 PERSONAL
WATERCRAFT BEARING IDENTIFICATION NO.
YDV10433B717, FOR EXONERATION FROM
OR LIMITATION OF LIABILITY

IN RE JAMES ADAMS, AS OWNER AND
OPERATOR OF THE 1998 MARIAH SHABAH
20' MOTORBOAT BEARING ID. NO.
4HBT2023WD000922

---

**LIMITATION PLAINTIFF, JAMES ADAMS' RULE 26
INITIAL DISCLOSURES**
(Electronically Filed)

---

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Limitation Plaintiff, James Adams, by and through his undersigned counsel, makes the following disclosures:

(i) The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of the information—that the disclosing party may use to support its claim or defenses, unless the use would be solely for impeachment.

The following individuals may have discoverable information or otherwise have information which be used to support the defense of James Adams:

1.     James Adams
   860 Oaks Road
   Paducah, Kentucky 42003-0729
   Tel: (270) 519-7667

James Adams has knowledge about his operation of the 1998 Mariah Shabah motorboat involved in the accident of May 31, 2020, and his observations of the SeaDoo personal watercraft operated by Eric Yaeger. Mr. Adams also has knowledge of the value of the 1998 Mariah Shabah motorboat.

2.     Dana A. Willis
   860 Oaks Road
   Paducah, Kentucky 42003-0729
   Tel: (270) 366-4733

Dana Willis has knowledge about her prior observations of James Adams in reference to his operation of the 1998 Mariah Shabah motorboat involved in the accident of May 31, 2020. Ms. Willis also has knowledge of the value of the 1998 Mariah Shabah motorboat.

3.     Eric Yaeger
   3740 Covington Drive
   Evansville, IN 47725
   Telephone: (812) 202-9446

Eric Yeager presumably has knowledge about his operation of the Sea Doo involved in the accident of May 31, 2020, and his observations of the boat operated by James Adams.

4.     Dakota Woolverton
   1051 Vassuer Avenue
   Paducah, Kentucky 42003
   Tel: (270) 558-9889

Dakota Woolverton was a passenger in a boat operated by James Adams and he has knowledge about his observations of the operation of the boat of James Adams and the

operation of the Sea Doo operated by Eric Yaeger before the accident and immediately after the accident. Dana Woolverton may also have knowledge about his observations of the area of the accident and the people in the area at the time of the accident.

5. Devan Woolverton
   1051 Vassuer Avenue
   Paducah, Kentucky 42003
   Tel:  (270) 558-9889

Devan Woolverton was a passenger in a boat operated by James Adams and she has knowledge about her observations of the operation of the boat of James Adams and the operation of the Sea Doo operated by Eric Yaeger before the accident and immediately after the accident. Devan Woolverton may also have knowledge about her observations of the area of the accident and the people in the area at the time of the accident.

6. Brandon Miller
   424 Franklin Street
   Paducah, Kentucky 42003

Brandon Miller was a passenger in a boat operated by James Adams and he has knowledge about her observations of the operation of the boat of James Adams and the operation of the Sea Doo operated by Eric Yaeger before the accident and immediately after the accident. Brandon Miller may also have knowledge about his observations of the area of the accident and the people in the area at the time of the accident.

7. Agent Paul Evan Hughes (Unit 7108)
   West Kentucky Wildlife Management
   10535 Ogden Landing Road
   Kevil, Kentucky 42053
   Tel:  (270) 488-3233

Agent Paul Evan Hughes has knowledge about his investigation of the incident of May 31, 2020, his observations of the watercraft involved in the incident, and his interviews of the witnesses identified within the Report he prepared in reference to his investigation of

the incident. Paul Evan Hughes presumably also has knowledge about the rules and regulations regarding the legal operation of watercraft on the navigable waterways of Kentucky.

      8.      Sgt. Lee Cope (Unit 7060)
              West Kentucky Wildlife Management
              10535 Ogden Landing Road
              Kevil, Kentucky 42053
              Tel:  (270) 488-3233

Sgt. Lee Cope has knowledge about his investigation of the incident of May 31, 2020, his observations of the watercraft involved in the incident, and his interviews of the witnesses identified within the Report prepared by Agent Paul Evan Hughes in reference to his investigation of the incident. Sgt. Lee Cope presumably also has knowledge about the rules and regulations regarding the legal operation of watercraft on the navigable waterways of Kentucky.

      9.      Jameson Ladd
              143 Hunters Lane Calvert
              City, Kentucky 42029
              Tel: (270) 366-1956

Jameson Ladd was a passenger in a boat operated by Jerry L. Ladd and may have knowledge about his observations of the operation of the boat of James Adams and the operation of the Sea Doo operated by Eric Yaeger before the accident and immediately after the accident. Mr. Ladd may also have knowledge about his observations of the area of the accident and the people in the area at the time of the accident.

      10.     Jerry L. Ladd
              1265 Old Rosebower Church Road
              Paducah, Kentucky 42003
              Tel: (270) 366-3438

Mr. Ladd may have knowledge about his observations of the boat operated by James Adams in the Big Bear Bay before and after the accident and the operation of the Sea Doo operated by Eric Yaeger as well as actions observed before and after the accident of boats and the Sea Doo in the bay and their occupants.

11. Benita Ladd
    1265 Old Rosebower Church Road
    Paducah, Kentucky 42003

Benita Ladd was a passenger in a boat operated by Jerry L. Ladd and may have knowledge about her observations of the operation of the boat of James Adams and the operation of the Sea Doo operated by Eric Yaeger before the accident and immediately after the accident. Mr. Ladd may also have knowledge about her observations of the area of the accident and the people in the area at the time of the accident.

12. Beverly Ladd
    145 Hunters Lane
    Calvert City, KY 42029

Beverly Ladd was a passenger in a boat operated by Jerry L. Ladd and may have knowledge about her observations of the operation of the boat of James Adams and the operation of the Sea Doo operated by Eric Yaeger before the accident and immediately after the accident. Mr. Ladd may also have knowledge about her observations of the area of the accident and the people in the area at the time of the accident.

Since discovery has just begun, James Adams reserves the right to supplement this response as additional persons and entities with discoverable information are identified.

(ii) A copy or description of category and location of all documents, electronically stored information, and tangible things that the disclosing party has in its

possession, custody, or control and may use to support its claim or defenses, unless the use would be solely for impeachment.

The following documents, which are in the possession, custody, and control of James Adams or his attorneys, may be used to support his defense at the trial of this matter:

1. GPS documents provided by Dana Willis, previously identified and produced by Eric Yaeger, bates stamped as YAEGER-0016-0023.

2. Medical records of Kyle S. Waldridge obtained by counsel for Eric Yeager, previously identified and produced by Eric Yeager, bates stamped as YAEGER-MED-0001-1334.

3. Any medical records produced by counsel for Kyle Waldridge.

(iii)   A computation of each category of damages claimed by the disclosing party, who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary materials, unless privileged or protected from disclosure; on which each computation is based, including materials bearing on the nature and extent of injuries suffered.

The Limitation Plaintiff, James Adams, is not seeking any damages.

(iv)   For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

A certified copy of the State Farm Fire & Casualty Company/boatowners policy (Policy No. 17-CM-H013-6 to be produced individually for inspection.

James Adams reserves the right to supplement or amend these disclosures as additional information is learned in discovery.

RESPECTFULLY SUBMITTED, this the 31st day of March 2023.

BATSON NOLAN, PLC

By: */s/ Philip M. Mize*
Philip M. Mize, KY No. 92252
*Attorney for James Adams*
121 South Third Street
Clarksville, Tennessee 37040
Tel: (931) 647-1501
Fax: (931) 436-9760
pmmize@batsonnolan.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 31st day of March, 2023, electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Hon. Allan C. Crane
Hon. Bobby R. Miller, Jr.
Hon. Van F. Sims
Miller Hahn, PLLC
2660 West Park Drive, Suite 2
Paducah, KY  42001
Tel: (270) 554-0051
Fax: (866) 578-2230
Email:  acrane@millerlaw-firm.com
Email:  bmiller@millerlaw-firm.com
Email:  vsims@millerlaw-firm.com
*Attorneys for Eric Yaeger*

Hon. William Kevin Shannon
Bryant Law Center, PSC
601 Washington Street
P.O. Box 1876
Paducah, KY 42002-1876
Tel: (270) 442-1422
Fax: (270) 443-8788
Email:  kevin.shannon@bryantpsc.com
*Counsel for Kyle Waldridge*

      Hon. Laura D. DeLaCruz
      Hon. Matthew D. Shaffer
      Schechter, McElwee, Shaffer & Harris, LLP
      3200 Travis, 3rd Floor
      Houston, TX  77006
      Tel: (713) 524-3500
      Fax: (713) 751-0412
      Email:  ldelacruz@smslegal.com
      Email:  mshaffer@smslegal.com
      *Co-Counsel for Kyle* Waldridge

                                BATSON NOLAN, PLC


                              By___***/s/ Philip M. Mize*_____**