UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:21-CV-00084-BJB-LLK
Consolidated With
CASE NO. 5:21-CV-00152-BJB-LLK

IN THE MATTER OF THE COMPLAINT OF
ERIC YAEGER, AS OWNER AND OPERATOR
OF THE 2017 SEA DOO RXT-X 300 PERSONAL
WATERCRAFT BEARING IDENTIFICATION
NO. YDV10433B717, FOR EXONERATION
FROM OR LIMITATION OF LIABILITY

IN RE JAMES ADAMS, AS
OWNER AND OPERATOR OF
THE 1998 MARIAH SHABAH
20' MOTORBOAT BEARING
ID. NO. 4HBT2023WD000922

## DEFAULT JUDGMENT

The Court having considered the Motion for Default Judgment filed by Limitation Plaintiff, Eric Yaeger (DN 37), an Entry of Default having been entered by the Clerk of this Court on February 15, 2023 (DN 34), and the Court finding sufficient evidence that the time has expired for filing claims and answers;

IT IS HEREBY ORDERED AND ADJUDGED that the Motion for Default Judgment of Limitation Plaintiff, Eric Yaeger, is hereby GRANTED;

IT IS FURTHER ORDERED AND ADJUDGED that a default judgment is entered against all persons or entities who failed to file claims, answers or appearances by March 15, 2022, with the exception of James Adams, consistent with the Court's Order adopting the Report and Recommendation (DN 33), and they are forever barred from

making a claim against Limitation Plaintiff, Eric Yaeger, in connection with the subject matter of its Complaint and/or contesting his right to exoneration from and/or limitation of liability in connection with this case.

Benjamin Beaton, District Judge
United States District Court

April 28, 2023